JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE

                          Plaintiffs,                    **NOTICE OF APPEARANCE**

- against –

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

      07 CIV 8344

                          Defendant.
-----------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT.

I certify that I am admitted to practice in this Court.

Dated:      Melville, NY
              September 21, 2007

                                Yours, etc.,
                                SPEYER & PERLBERG, LLP
                                Attorneys for Defendant

           By:    _____
                                Dennis M. Perlberg (DP-9514)
                                Marie E. Garelle (MG-1217)
                                Attorneys for Defendant
                                115 Broadhollow Road, Suite 250
                                Melville, NY  11747
                                (631) 673-6670
                                File No.:  06-0174

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
         Daniel Patrick Moynihan
         United States Courthouse
         500 Pearl Street
         New York, NY 10007-1312

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS
Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, New York 10007
(212) 285-0510

*s/current/MEG/Harding/Appearance.doc*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF SUFFOLK    )

**MADONNA JONES**, being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York 11729.

That on the 24th day of September, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

WILKOFSKY, FRIEDMAN, KAREL & CUMMINS
Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, New York  10007

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
MADONNA JONES

Sworn to before me this
24th day of September, 2007

_____
**NOTARY PUBLIC**

Marie E. Garelle
Notary Public - New York State
No. 02GA6077032
Qualified in Suffolk County
My Comm. Expires 7/01/20__