AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___SOUTHERN___ DISTRICT OF ___NEW YORK___

SHERYL HARDING AND
MILTON CYNTJE,
        Plaintiffs,

-against-

THE AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT,

        Defendant.

**APPEARANCE**

Case Number: 07-CV-08344-SAS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    SHERYL HARDING AND MILTON CYNTJE, PLAINTIFFS

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/21/2007 | *[signature]* |
| Date | Signature |
| | Mark L. Friedman     2313 |
| | Print Name     Bar Number |
| | 299 Broadway- Suite 1700 |
| | Address |
| | New York     N.Y.     10007 |
| | City     State     Zip Code |
| | (212) 285-0510     (212) 285-0531 |
| | Phone Number     Fax Number |