UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL HARDING and MILTON CYNTJE,<br><br>                  Plaintiff,<br><br>- against -<br><br>THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,<br><br>                  Defendant. | Docket No.:<br>2007 CIV 8344<br><br>PLAINTIFFS' INITIAL DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 |

     Plaintiffs, SHERYL HARDLING and MILTON CYNTJE hereby submit their initial Disclosure Statement to Defendant, THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, in accordance with Fed. R. Civ. P. 26(a)(1)(a)(2) of the Federal Sules of Civil Procedures.

### DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)

     (i) SHERYL HARDLING and MILTON CYNTJE hereby set forth the following information with respect to individuals likely to have discoverable information relative to the disputed facts alleged in Plaintiffs' Complaint:

     All parties to the action, including their agents, servants and employees and any individuals or entities employed by or on behalf of the Defendant to conduct inspections of the subject property both before and after the loss and all individuals related to the entities that did estimates and/or repair work as indicated in (ii) below.

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

(ii) Those documents previously produced and/or marked by the Defendant as exhibits to the Examination Under Oath of the Plaintiffs herein. In addition, see those bills, invoices, receipts, checks and photographs annexed hereto as Exhibit "1". The estimate for the repair of the basement will be provided under separate cover.

(iii) See Exhibit "1" annexed hereto.

(iv) The subject insurance policy is annexed hereto as Exhibit "2".

**DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(ii)**

1. Plaintiff has not retained an expert on this matter, but reserves the right to supplement this response as the litigation proceeds.

Dated: New York, New York
       January 23, 2008

Yours, etc.,

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

MARK L. FRIEDMAN (2313)

Attorneys for Plaintiff
299 Broadway - Suite 1700
New York, New York 10007
(212) 285-0510

To: Speyer & Perlberg, LLP
    Attorneys fir Defendant
    115 Broadhollow Road, Suite 250
    Melville, New York 11747
    (631) 673-6670

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

06J204.L5.wpd