UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL HARDING and MILTON CYNTJE,<br><br>      Plaintiff,<br><br> - against -<br><br>THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,<br><br>      Defendant. | Docket No.:<br>2007 CIV 8344<br><br>**NOTICE OF DEPOSITION UPON ORAL EXAMINATION** |

SIRS:

  PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, Plaintiff, SHERYL HARDLING and MILTON CYNTJE, by its attorneys, WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, will depose, upon oral examination, Defendants by an individual with knowledge of the underwriting process and procedures utilized by the Defendant herein during the issuance of the subject policy, at the law offices of WILKOFSKY, FRIEDMAN, KAREL & CUMMINS, 299 Broadway, Suite 1700, New York, New York on **February 20, 2008** at **10:00 o'clock** in the forenoon of that day. The deposition will continue from day to day until completed.

  PLEASE TAKE FURTHER NOTICE, that the said person to be examined is required, pursuant to Rule 30 of the Fed. R. Civ.P.,

to produce originals of all books, records, documents, photographs, and papers pertaining to this action.

Dated: New York, New York
      January 22, 2008

                                      Yours, etc.,

                                      WILKOFSKY, FRIEDMAN,
                                        KAREL & CUMMINS

                                      _____
                                      MARK L. FRIEDMAN (2313)

                                      Attorneys for Plaintiff
                                      299 Broadway - Suite 1700
                                      New York, New York 10007
                                      (212) 285-0510

To:  Speyer & Perlberg, LLP
     Attorneys fir Defendant
     115 Broadhollow Road, Suite 250
     Melville, New York 11747
     (631) 673-6670

06J204.L6.wpd