UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERYL HARDING and MILTON CYNTJE,<br><br>                    Plaintiff,<br><br>     - against -<br><br>THE AUTOMOBILE INSURANCE COMPANY<br>OF HARTFORD, CONNECTICUT,<br><br>                    Defendant. | Docket No.:<br>2007 CIV 8344<br><br>**DEMAND FOR**<br>**PRODUCTION OF**<br>**DOCUMENTS**<br>**AND THINGS** |

SIRS:

          PLEASE TAKE NOTICE that, pursuant to FRCP Rule 34 et

seq, you are hereby required to produce and permit discovery by

the Plaintiffs herein, or its attorney, of the following

documents and things for inspection at 299 Broadway, Suite

1700, New York, New York on the 20th day of February, 2008:

          1. Entire underwriting file prepared and maintained

in connection with the subject insurance policy, including but

not limited to said policy, the file folder(s), correspondence,

memos, computer notes, file conference memos, written

statements, diagrams, expert's reports, copies of checks in

payment of any aspect of underwriting, or cost, reports of any

administrative or municipal agency, any underwriting survey or

report concerning the subject property, any photographs of the

subject premises, applications for insurance, prior claims

history, if any, declarations pages and any and all

endorsements, policy forms, cancellation notices, finance

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

agreements, FSI forms, and photo inspection forms contained in said file.

2. The application for the subject insurance policy.

3. All agency agreements between the Defendant, the Defendant's parent company, and any agents who participated in the issuance of the subject policy in the case at bar.

4. All written underwriting guidelines in effect at the time of the issuance of the subject policy, including those writings contained in any computer notes.

5. Entire claims file prepared and maintained in connection with the subject claim, including but not limited to the file folder(s), correspondence, memos, computer notes, reserve notations, file conference memos, written statements, transcripts of oral statements, diagrams, expert's reports, copies of checks in the payment of any aspect of the claim or cost of the claim investigation, reports of any administrative or municipal agency, adjustor's reports, investigator's reports, log notes, diary entries, photographs and witness statements.

Dated: New York, New York
       January 22, 2008

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

WILKOFSKY, FRIEDMAN,
  KAREL & CUMMINS

MARK L. FRIEDMAN (2313)

Attorneys for Plaintiff
299 Broadway - Suite 1700
New York, New York 10007
(212) 285-0510

```
To:   Speyer & Perlberg, LLP
      Attorneys fir Defendant
      115 Broadhollow Road, Suite 250
      Melville, New York 11747
      (631) 673-6670
```

06J204.L4.wpd

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510