UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE,

                    Plaintiffs,

     -against-

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

                    Defendant.
------------------------------------------------------------------X

2007 CIV 8344 (SAS)

**NOTICE TO TAKE DEPOSITIONS UPON ORAL EXAMINATION**

      **PLEASE TAKE NOTICE**, that the defendant will take the depositions upon oral examination of plaintiffs SHERYL HARDING and MILTON CYNTJE, at the offices of **SPEYER & PERLBERG, LLP,** located at 277 Broadway, 9th Floor, New York, New York 10007, or such other mutually agreed upon location, on the **27th day of February, 2008, at 10:00 o'clock** in the forenoon of that day with respect to evidence material and necessary information in the defense of this action.

      Said depositions shall be conducted pursuant to Rule 26 et seq. of the Federal Rules of Civil Procedure, before a qualified notary public or some other officer authorized by the law to administer oaths. The examinations will continue from day to day until completed.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rule 30(b)(2) *et seq.* of the Federal Rules of Civil Procedure, the persons to be deposed shall produce at the deposition all books, records, documents, photographs, and papers pertaining to this action, including those items demanded in the Defendant's Rule 34 Demand For Production.

Dated: Melville, New York
January 30, 2008

                      SPEYER & PERLBERG, LLP
                      *Attorneys for Plaintiff*

By: _____
Marie E. Garelle (MG-1217)
Office and P.O. Address:
115 Broadhollow Road, Suite 250
Melville, New York 11747
(631) 673-6670
Our File No.: 06-174

TO: WILKOFSKY, FRIEDMAN, KAREL
& CUMMINS
Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, NY 10007
(212) 285-0510

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF SUFFOLK    )

**ROSALIE SCHREIBER**, being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in East Rockaway, New York 11729.

That on the 30th day of January, 2008, deponent served the within **NOTICE TO TAKE DEPOSITIONS UPON ORAL EXAMINATION** upon:

*WILKOFSKY, FRIEDMAN, KAREL & CUMMINS*
Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, New York  10007

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
ROSALIE SCHREIBER

Sworn to before me this
30th day of January, 2008

_____
NOTARY PUBLIC

Marie E. Garelle
Notary Public - New York State
No. 02GA6077032
Qualified in Suffolk County
My Comm. Expires 7/01/20__

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE                CV 111810/07

                            Plaintiffs,

    - against –

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

                            Defendant.
------------------------------------------------------------X

===============================================================

**NOTICE TO TAKE DEPOSITIONS UPON ORAL EXAMINATION**

===============================================================

SPEYER & PERLBERG, LLP
Attorneys for Defendant
115 Broadhollow Road, Suite 250
Melville, New York  11747
(631) 673-6670
Our File No.:   06-174  DMP/MEG