UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE

                            Plaintiffs,

- against –

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

                            Defendant.
------------------------------------------------------------X

2007 CIV 8344 (SAS)

**RULE 26(2) DISCLOSURE OF EXPERT TESTIMONY**

      Defendant THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, hereinafter referred to as "AICHC", by its attorneys, SPEYER & PERLBERG, LLP, hereby sets forth as and for AICHC's Disclosure of Expert Testimony pursuant to Rule 26(2) of the Federal Rules of Civil Procedure, as follows:

      A.    Mr. Vincent Salierno, Rebuild General Contractors, Inc. P.O. Box 143, Bedford, New York 10506.

      B.    See report of Mr. Vincent Salierno, annexed to Defendant's Rule 26 Initial Disclosure as "Exhibit B".

Dated:    Melville, NY
             January 30, 2008

                                     Yours, etc.
                                     SPEYER & PERLBERG, LLP

                    By: _____
                                   Marie E. Garelle (MG-1217)
                                   Attorneys for Defendant
                                   115 Broadhollow Road, Suite 250
                                   Melville, NY 11747
                                   (631) 673-6670
                                   Our File No.: 06-0174

TO: WILKOFSKY, FRIEDMAN, KAREL
&amp; CUMMINS
Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, NY 10007
(212) 285-0510
File No.:

*s/current/MEG/Harding/Expert Disclosure.doc*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                                   ) SS.:
COUNTY OF SUFFOLK      )

**ROSALIE SCHREIBER**, being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in East Rockaway, New York 11729.

That on the 30th day of January, 2008, deponent served the within **RULE 26(2) DISCLOSURE OF EXPERT TESTIMONY** upon:

**WILKOFSKY, FRIEDMAN, KAREL & CUMMINS**

Attorneys for Plaintiffs
299 Broadway, Suite 1700
New York, New York  10007

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**ROSALIE SCHREIBER**

Sworn to before me this
30th day of January, 2008

_____
**NOTARY PUBLIC**

Marie E. Garelle
Notary Public - New York State
No. 02GA6077032
Qualified in Suffolk County
My Comm. Expires 7/01/20__

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE          CV 111810/07

                                Plaintiffs,

    - against –

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

                                Defendant.
------------------------------------------------------------X

===============================================================

## RULE 26(2) DISCLOSURE OF EXPERT TESTIMONY

===============================================================

SPEYER & PERLBERG, LLP
Attorneys for Defendant
115 Broadhollow Road, Suite 250
Melville, New York  11747
(631) 673-6670
Our File No.:   06-174  DMP/MEG