UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERYL HARDING and MILTON CYNTJE,               2007 CIV 8344 (SAS)

                       Plaintiff,                **NOTICE TO ADMIT**

-against-

THE AUTOMOBILE INSURANCE COMPANY
OF HARTFORD, CONNECTICUT,

                       Defendant.
-----------------------------------------------------------------X

Defendant, THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, hereinafter referred to as "AICHC", by its attorneys, SPEYER & PERLBERG, LLP, 115 Broadhollow Road, Suite 250, Melville, New York 11747, hereby demands that, pursuant to Rule 36 of the Federal Rules of Civil Procedure, you admit the truth of the following matters of fact within thirty (30) days after the service of this notice upon you.

1. On November 18, 2004, plaintiff Sheryl Harding resided at 2783 Barkley Ave, Bronx, New York.

2. On November 18, 2004, plaintiff Sheryl Harding did not reside at 2421 Buck Street, Bronx, New York.

3. On November 18, 2004, plaintiff Milton Cyntje resided at 2783 Barkley Ave, Bronx, New York.

4. On November 18, 2004, plaintiff Milton Cyntje did not reside at 2421 Buck Street, Bronx, New York.

5. On September 6, 2006, plaintiff Sheryl Harding resided at 2783 Barkley Ave, Bronx, New York.

6. On September 6, 2006, plaintiff Sheryl Harding did not reside at 2421 Buck Street, Bronx, New York.

7. On September 6, 2006, plaintiff Milton Cyntje resided at 2783 Barkley Ave, Bronx, New York

8. On September 6, 2006, plaintiff Milton Cyntje did not reside at 2421 Buck Street, Bronx, New York.

Dated:  Melville, NY
        January 18, 2008

                                    Yours, etc.
                                    SPEYER & PERLBERG, LLP

                            By: _____
                                    Marie E. Garelle (MG-1217)
                                    Attorneys for Defendant
                                    115 Broadhollow Road, Suite 250
                                    Melville, NY  11747
                                    (631) 673-6670
                                    Our File No.:  06-0174

TO:  WILKOFSKY, FRIEDMAN, KAREL
     & CUMMINS
     Attorneys for Plaintiffs
     299 Broadway, Suite 1700
     New York, NY  10007
     (212) 285-0510

S:/Current/MEG/Harding/Legal/Notice to Admit .doc

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                     ) SS.:
COUNTY OF SUFFOLK    )

**ROSALIE SCHREIBER,** being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in East Rockaway, New York 11518.

That on the 22nd day of January, 2008, deponent served the within **NOTICE TO ADMIT** upon:

> WILKOFSKY, FRIEDMAN, KAREL & CUMMINS
> Attorneys for Plaintiffs
> 299 Broadway, Suite 1700
> New York, New York 10007

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
ROSALIE SCHREIBER

Sworn to before me this
22nd day of January, 2008

_____
NOTARY PUBLIC

Marie E. Garelle
Notary Public - New York State
No. 02GA6077032
Qualified in Suffolk County
Comm. Expires 7/01/20_10_