UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
SHERYL HARDING and MILTON : 
CYNTJE, :
:
                    Plaintiffs, :      ORDER OF
:      DISCONTINUANCE
:
      -against- :      07 Civ. 8344 (SAS)
:
:
THE AUTOMOBILE INSURANCE :
COMPANY OF HARTFORD, :
CONNECTICUT, :
:
                  Defendant. :
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            February 21, 2008

## - Appearances -

**For Plaintiffs:**

Mark Lawrence Friedman, Esq.
Wilkofsky, Friedman, Karel & Cummins
299 Broadway, 17th Floor
New York, NY 10007
(212) 285-0510
Fax: (212)-285-0531

**For Defendant:**

Dennis M Perlberg, Esq.
Marie Elaine Garelle, Esq.
Speyer & Perlberg, LLP
115 Broadhollow Road, Suite 250
Melville, NY 11747
(631) 673-6670
Fax: (631) 673-7073