UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHERYL HARDING and MILTON CYNTJE,

                Plaintiff,

- against -

THE AUTOMOBILE INSURANCE COMPANY
   OF HARTFORD, CONNECTICUT,

                Defendant.

Docket No.:
2007 CIV 8344 (SAS)

**STIPULATION OF DISCONTINUANCE**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued against THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, with prejudice and without costs to any party as against the other.

Dated: New York, New York
       February 28, 2008


SPEYER & PERLBERG, LLP

_____
By: Marie Garelle, Esq.
Attorneys for Defendant
115 Broadhollow Road
Melville, New York 11747

WILKOFSKY, FRIEDMAN,
KAREL & CUMMINS

_____
By: Mark L. Friedman, Esq.
Attorneys for Plaintiff
299 Broadway - Suite 1700
New York, New York 10007
(212) 285-0510

WILKOFSKY,
FRIEDMAN,
KAREL & CUMMINS
ATTORNEYS AT LAW
299 BROADWAY
NEW YORK, NY
10007
(212) 285-0510

06J204.STIPULATION.wpd

Date March 27, 2008

Shira A. Scheindlin, USDJ